AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

**CENTRAL** District of **UTAH**

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| TRAVIS COX | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| UTAH | OREGON | 3:16-cr-51-24 ~~3:16-00064-JO-08~~ | 2:16-mj-229-RTB |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

x Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of   18   U.S.C. § 372

FILED IN U.S. DISTRICT COURT DISTRICT OF UTAH

APR 14 2016

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

**DISTRICT OF OFFENSE**
District of Oregon-Portland Division

**DESCRIPTION OF CHARGES:**

CONSPIRACY TO IMPEDE OFFICERS OF THE UNITED STATES

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   ☐ Federal Defender Organization   X CJA Attorney   ☐ None

**Interpreter Required?**  X No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

4-14-16
Date                                  United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

6

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

# UNITED STATES DISTRICT COURT

APR 14 2016

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

_____CENTRAL_____ DISTRICT OF _____UTAH_____

UNITED STATES OF AMERICA

v.

_____TRAVIS COX_____
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 2:16-mj-229-RTB

3:16-cr-51-04

CHARGING DISTRICTS
CASE NUMBER: 3:16-cr-00064-JO-08

I understand that charges are pending in the ___Portland Division___ District of _____Oregon_____

alleging violation of _____18:372_____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

April 14, 2016
Date

_____
Defendant

_____
Defense Counsel

5

SEALED,CLOSED

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: 2:16-mj-00229-RTB All Defendants
### *SEALED*
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Cox | Date Filed: 04/14/2016 |
| | Date Terminated: 04/14/2016 |

Assigned to: Magistrate Judge Robert T. Braithwaite

**Defendant (1)**

| | | |
|---|---|---|
| **Travis Cox**<br>*TERMINATED: 04/14/2016* | represented by | **Ryan D. Stout**<br>DOUGLAS D TERRY &ASSC<br>132 W TABERNACLE BLDG B<br>ST GEORGE, UT 84770<br>(435)628-4411<br>Email: ryanstout13@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:372 Conspiracy to Impede Officers of the United States | |

**Plaintiff**

1

**USA**            represented by **Matthew L. Bell**
US ATTORNEY'S OFFICE (ST GEORGE)
20 N MAIN ST STE 208
ST GEORGE, UT 84770
(435)634-4264
Email: matthew.bell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/12/2016 | 1 | 3 | Arrest (Rule 5) of Travis Cox Warrant out of the USDC Portland Division–District of Oregon. Assigned to Magistrate Judge Robert T. Braithwaite (gss) (Entered: 04/14/2016) |
| 04/14/2016 | 2 |   | **NOTICE OF HEARING** as to Travis Cox (Notice generated by gss) Initial Appearance – Rule 5 set for 4/14/2016 at 01:00 PM in Room 2B (St George) before Magistrate Judge Robert T. Braithwaite. (gss) (Entered: 04/14/2016) |
| 04/14/2016 | 3 |   | Minute Entry for proceedings held before Magistrate Judge Robert T. Braithwaite: Initial Appearance in Rule 5/5.1 Proceedings as to Travis Cox held on 4/14/2016. The Defendant submitted a Financial Affidavit. The Court appointed Ryan D. Stout on behalf of defendant for this hearing only. The defendant present and in custody. The Court advised the defendant of his rights. The Court questioned the defendant as to his identity. The Defendant stated he is the Travis Cox on the arrest warrant and wishes to return to the District of Oregon. The defendant executed the Waiver of Rule 5 hearings. The Court at this time executed a Commitment to Another District. The defendant remanded to the custody of the USMS. Attorney for Plaintiff: Matthew Bell, Attorney for Defendant: Ryan Stout, CJA. Probation Officer: Edward Del Toro. Court Reporter: Electronic. (gss) (Entered: 04/15/2016) |
| 04/14/2016 | 4 | 4 | *SEALED* CJA 23 Financial Affidavit filed by Travis Cox (gss) (Entered: 04/15/2016) |
| 04/14/2016 | 5 | 5 | WAIVER of Rule 5(c)(3) Hearing by Travis Cox (gss) (Entered: 04/15/2016) |
| 04/14/2016 | 6 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Travis Cox. Defendant committed to District of District of Oregon, Portland Division. Signed by Magistrate Judge Robert T. Braithwaite on 04/14/16.(gss) (Entered: 04/15/2016) |
| 04/15/2016 | 7 | 7 | NOTICE OF FILING of Rule 5.1 letter re: 6 Commitment to Another District filed by Travis Cox (gss) (Entered: 04/15/2016) |

# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Anne Morgan**
Chief Deputy Clerk

April 15, 2016

Mark O. Hatfield
United States Courthouse
1000 Southwest Third Avenue, Room 740
Portland, OR 97204-2802

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 15 2016

D. MARK JONES, CLERK
BY _____
    DEPUTY CLERK

RE: UNITED STATES OF AMERICA v. Travis Cox
District of Utah 2:16-mj-229-RTB
District of Oregon 2:16-cr-00064-JO-08

Dear Clerk:

Pursuant to the execution of the Waiver of Rule 5 and 5.1 Hearings form by the above named defendant and his counsel on March 24, 2016, you may retrieve the case documents from our CMECF system.

Documents filed prior to May 2, 2005 are forwarded with this letter. Documents filed since that time may be accessed through our CM/ECF system https://ecf.utd.uscourts.gov/. If you do not have a Court PACER login and password, please contact Robert Janzen at 801-524-6105.

Please acknowledge receipt of these documents by signing a copy of this letter and returning it to my attention.

Sincerely,
D. Mark Jones, Clerk

By: *Georgia S. Szatlocky*
Georgia S. Szatlocky
Courtroom Deputy for
Magistrate Judge Robert T. Braithwaite

Enclosures:
Return envelope

**ACKNOWLEDGMENT OF RECEIPT:**
**Received by:** _____  **Date:** _____

351 South West Temple•Salt Lake City, Utah 84101•(801)524-6100•www.utd.uscourts.gov

7